In the Matter of the Application of LOUISE SCHUSTER for a Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, and for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE

RONAN and Others, Appellants; LOUISE SCHUSTER, Respondent.— Decree of the Surrogate's Court of Westchester county reversed upon the law and the facts, without costs, and petition dismissed, without costs. There are no facts in this record which warrant the construction of paragraph 5th of the will as an imperative power of sale. Lazansky, P. J., Rich and Young, JJ., concur; Hagarty and Scudder, JJ., dissent and vote to affirm.